UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: _____

GEORGE FORDJOUR,                         )
    Plaintiff                            )
                                         )
vs.                                      )
                                         )
                                         )
UNITED STATES POSTAL SERVICE             )
    Reach and Apply Defendant            )
                                         )

## VERIFIED COMPLAINT TO REACH AND APPLY

### THE PARTIES

1.    Plaintiff, George Fordjour, is a natural person with a residence at 69 Stocker Street, Springfield, Hampden County, Massachusetts 01129.

2.    Reach and apply defendant, the United States Postal Service, is an independent establishment of the U.S. Government.

### JURISDICTION AND VENUE

3.    This Court has jurisdiction pursuant to 39 U.S.C. § 409.

4.    This Court is the proper venue pursuant to 28 U.S.C. § 1391.

### FACTS

5.    On or about October 2, 2013, plaintiff filed a Complaint against Ideas Express Services and Charles Asare-Bediako (hereinafter "debtor") in the Springfield District Court, Docket No. 1223CV001813, for failure to pay wages pursuant to Mass. Gen. Laws Ch. 149, §148.

6.   Default Judgment (hereinafter "Judgment") entered against debtor on or about August 20, 2013 in the amount of Fifty Thousand and Six Hundred and Six 37/100 Dollars ($50,606.37). (Exhibit A, attached hereto).

7.   Executions on Money Judgment entered against debtor on or about September 12, 2013. (Exhibit B, attached hereto).

8.   Judgment memorialized by the Executions is in full force and effect and remains unpaid in its entirety.

9.   Since obtaining the Executions, plaintiff has utilized the services of the Hampden County Sheriff's Department to determine the assets, if any, owned by debtor, with which to satisfy the Executions. Plaintiff has been unable to locate any such assets.

10.  On information and belief, debtor hauls mail for reach and apply defendant pursuant to a service contract , and for whom the Plaintiff worked. (Exhibit C, attached hereto).

11.  Plaintiff seeks to satisfy the outstanding Judgment by reaching and applying monies currently owed or will be owed to debtor by reach and apply defendant.

## COUNT I
### (REACH AND APPLY MONIES OWED UNDER CONTRACT)

12.  Plaintiff repeats and reavers the allegations contained in paragraphs 1 through 11 above and incorporates them herein by reference as though set forth in full.

13.  Plaintiff is informed, believes and therefore avers that there are monies to become due to debtor from reach and apply defendant pursuant to a service contract, but plaintiff is without knowledge as to the value of the contract or when said monies will become due.

14. Plaintiff has recovered a Judgment against debtor in the amount of Fifty Thousand and Six Hundred and Six 37/100 Dollars ($50,606.37), and seeks to satisfy said Judgment with monies to become due to debtor by reach and apply defendant.

WHEREFORE, the plaintiff prays:

1. That a temporary restraining order issue restraining reach and apply defendant, its agents, servants, employees, attorneys or others acting on its behalf from paying, assigning, transferring or otherwise disposing to any party all sums owed or will be owed by reach and apply defendant to debtor, and requiring reach and apply defendant to hold the sums payable to debtor, up to the amount of Fifty Thousand and Six Hundred and Six 37/100 Dollars ($50,606.37), for the benefit of plaintiff.

2. That a temporary restraining order issue restraining debtor from receiving, encumbering, assigning, lending or otherwise disposing to any party any amount of the sums payable to it by reach and apply defendant until the Judgment owed to plaintiff in the amount of Fifty Thousand and Six Hundred and Six 37/100 Dollars ($50,606.37) has been satisfied.

3. That this Honorable Court issue preliminary and permanent injunctions under Prayers numbered 1 and 2 until such time as the plaintiff is paid in full.

4. That the monies due from reach and apply defendant be applied to the indebtedness due to plaintiff from debtor, and that reach and apply defendant be discharged of its obligations to the defendant to the extent of such payment.

5. And for such further relief as this Honorable Court may deem just and proper.

575308

## VERIFICATION

I, George Fordjour, solemnly affirm and verify that the factual allegations set forth in this

Verified Complaint are true and correct based upon my personal knowledge, information and

belief.

_____
George Fordjour

Dated: January 7, 2014


THE PLAINTIFF


By ___/s/ Kevin Chrisanthopoulos, Esq.___
Kevin Chrisanthopoulos, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115-5609
Phone (413) 732-2301 Fax (413) 452-0330
kchrisanthopoulos@robinsondonovan.com
BBO No. 643734

575308