


| **JUDGMENT FOR PLAINTIFF(S) BY DEFAULT** | DOCKET NUMBER<br>1223CV001813 | **Trial Court of Massachusetts**<br>District Court Department<br>Civil Session |
|---|---|---|
| George Fordjour v. Ideas Express Services | | |
| PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT<br>George Fordjour | | COURT NAME & ADDRESS<br>Springfield District Court<br>50 State Street<br>PO Box 2421<br>Springfield, MA 01101 |
| DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT<br>Ideas Express Services | | NEXT COURT EVENT (IF ANY)<br>**No Future Event Scheduled** |
| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF JUDGMENT IS ISSUED<br>Kevin Chrisanthopoulos, Esq.<br>Robinson Donovan<br>1500 Main Street<br>Suite 1600<br>Springfield, MA 01115 | | FURTHER ORDERS OF THE COURT<br>JUDGMENT AMENDED NUNC PRO TUNC TO 8/20/13 TO CORRECT SPELLING OF DEFENDANT'S NAME. JOINT AND SEVERAL LIMITED TO ONE RECOVERY WITH CO-DEFENDANT |

## JUDGMENT FOR PLAINTIFF(S) BY DEFAULT

On the above action, after default and upon assessment of damages, JUDGMENT IS HEREBY ENTERED on behalf of such Plaintiff(s) against such Defendant(s) listed above for the "Judgment Total" shown below plus other costs as may be taxed pursuant to law, with postjudgment interest thereon pursuant to G.L. c. 235, § 8 at the "Annual Interest Rate" shown below from the "Date Judgment Entered" shown below until the date of payment (Hon. William P Hadley).

## NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ. P. 54, 58, 77(d) and 79(a), this Judgment has been entered on the docket on the "Date Judgment Entered" shown below, and this notice is being sent to all parties.

| | |
|---|---|
| 1. Date of Breach, Demand or Complaint | 10/02/2012 |
| 2. Date Judgment Entered | 08/20/2013 |
| 3. Number of Days of Prejudgment Interest *(line 2 - Line1)* | 322 |
| 4. Annual Interest Rate of 0.12/365.25 = Daily Interest rate | .000329 |
| 5. Single Damages | $14,299.00 |
| 6. Prejudgment Interest *(lines 3x4x5)* | $1514.81 |
| 7. Double or Treble Damages Awarded by Court *(where authorized by law)* | $28,598.00 |
| 8. Costs Awarded by Court | $224.50 |
| 9. Attorney Fees Awarded by Court *(where authorized by law)* | $5,590.00 |
| **10. JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)** *(Lines 5+6+7+8+9)* | $50,226.31 |

| DATE JUDGMENT ENTERED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 08/20/2013 | X  *[signature]* |