# EXHIBIT B

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 1223CV001813 | Trial Court of Massachusetts District Court Department |
|---|---|---|

**CASE NAME**
George Fordjour v. Ideas Express Services

| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Charles Asare-Bediako<br>201 North Squirrel Road, #1807<br>Auburn Hills, MI 48321 | Springfield District Court<br>50 State Street<br>PO Box 2421<br>Springfield, MA 01101 |
| | JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED<br>George Fordjour |

| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT |
|---|---|
| Kevin Chrisanthopoulos, Esq.<br>Robinson Donovan<br>1500 Main Street<br>Suite 1600<br>Springfield, MA 01115 | JOINT & SEVERAL LIMITED TO ONE RECOVERY WITH CO-DEFENDANT |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

**WE COMMAND YOU**, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---|
| 1. Judgment Total | 50,226.31 |
| 2. Date Judgment Entered | 08/20/2013 |
| 3. Date Execution Issued | 09/12/2013 |
| 4. Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 23 |
| 5. Annual Postjudgment Interest Rate | 0.12 |
| 6. Postjudgment Interest from Judgment to Execution *(lines 1x4x5)* | $380.06 |
| 7. Postjudgment Costs *(if any)* | $ |
| 8. Credits *(if any)* | $ |
| 9. **EXECUTION TOTAL** *( Lines 1 + 6 + 7, minus Line 8)* | $50,606.37 |

LEVYING OFFICER:  (a) Add daily interest from date execution issued.
(b) Add your fees as provided by law:

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| **WITNESS:** Hon. William J Boyle | 09/12/2013 | x *Katherine A. Phillips* |

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 1223CV001813 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME
George Fordjour v. Ideas Express Services

| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Ideas Express Services<br>201 North Squirrel Road #1807<br>Auburn Hills, MI 48236 | Springfield District Court<br>50 State Street<br>PO Box 2421<br>Springfield, MA 01101 |

JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED

George Fordjour

| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT |
|---|---|
| Kevin Chrisanthopoulos, Esq.<br>Robinson Donovan<br>1500 Main Street<br>Suite 1600<br>Springfield, MA 01115 | JOINT & SEVERAL LIMITED TO ONE RECOVERY WITH CO-DEFENDANT |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

**WE COMMAND YOU**, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | | |
|---|---|---:|
| 1. | Judgment Total | 50,226.31 |
| 2. | Date Judgment Entered | 08/20/2013 |
| 3. | Date Execution Issued | 09/12/2013 |
| 4. | Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 23 |
| 5. | Annual Postjudgment Interest Rate | 0.12 |
| 6. | Postjudgment Interest from Judgment to Execution *(lines 1x4x5)* | $380.06 |
| 7. | Postjudgment Costs *(if any)* | $ |
| 8. | Credits *(if any)* | $ |
| 9. | **EXECUTION TOTAL** *( Lines 1 + 6 + 7, minus Line 8)* | $50,606.37 |

LEVYING OFFICER:  (a)  Add daily interest from date execution issued.

(b)  Add your fees as provided by law:

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | ~~CLERK-MAGISTRATE~~/ASST. CLERK |
|---|---|---|
| **WITNESS:**  Hon. William J Boyle | 09/12/2013 | x *Katherine G. Phillips* |

039        www.mass.gov/courts        Date/Time Printed: 09-12-2013 11:48:26

# EXHIBIT C

# U.S. Postal Service
# Competition Report

Fiscal Year 2012



| Supplier Name | Competitive Classification | Sum of Committed $ | Contract Actions | % of Total | Cumulative % |
|---|---|---|---|---|---|
| AJAR LOGISTICS | Competitive | $1,049,636 | 3 | | |
| AJAR LOGISTICS Total | | $1,049,636 | 3 | 0.4% | 61.0% |
| C BLACKBURN INC | Competitive - Simplified Purchase | $770,416 | 1 | | |
| | Competitive | $270,263 | 2 | | |
| C BLACKBURN INC Total | | $1,040,678 | 3 | 0.4% | 61.4% |
| PONY EXPRESS DELIVERY, INC | Competitive | $1,018,682 | 6 | | |
| PONY EXPRESS DELIVERY, INC Total | | $1,018,682 | 6 | 0.4% | 61.8% |
| SHERYNTON RESOURCES, LLC | Competitive - Simplified Purchase | $1,011,062 | 2 | | |
| SHERYNTON RESOURCES, LLC Total | | $1,011,062 | 2 | 0.4% | 62.2% |
| MAPLES TRUCK LINE INC | Competitive | $1,002,822 | 2 | | |
| MAPLES TRUCK LINE INC Total | | $1,002,822 | 2 | 0.4% | 62.6% |
| LOUIE G REMOLADOR | Competitive | $998,265 | 2 | | |
| LOUIE G REMOLADOR Total | | $998,265 | 2 | 0.4% | 63.0% |
| MARK W CLEMONS | Competitive | $979,958 | 1 | | |
| MARK W CLEMONS Total | | $979,958 | 1 | 0.4% | 63.4% |
| MCCORMICK TRUCKING INC | Competitive | $949,260 | 3 | | |
| MCCORMICK TRUCKING INC Total | | $949,260 | 3 | 0.4% | 63.8% |
| AEH TRUCKING CO. | Competitive | $889,509 | 2 | | |
| AEH TRUCKING CO. Total | | $889,509 | 2 | 0.4% | 64.2% |
| METHOD FREIGHT INC | Competitive | $873,530 | 1 | | |
| METHOD FREIGHT INC Total | | $873,530 | 1 | 0.4% | 64.6% |
| DAVOSA TRANSPORT SERVICE | Competitive | $856,215 | 3 | | |
| DAVOSA TRANSPORT SERVICE Total | | $856,215 | 3 | 0.4% | 64.9% |
| TRAVIS J SMITH | Competitive | $853,185 | 1 | | |
| TRAVIS J SMITH Total | | $853,185 | 1 | 0.4% | 65.3% |
| RANDOLPH D LUNDGREN | Competitive | $849,198 | 2 | | |
| RANDOLPH D LUNDGREN Total | | $849,198 | 2 | 0.3% | 65.6% |
| IDEAS EXPRESS SERVICES | Competitive | $819,532 | 1 | | |
| IDEAS EXPRESS SERVICES Total | | $819,532 | 1 | 0.3% | 65.9% |
| SKILLS 4 LIFE | Competitive | $810,247 | 1 | | |
| SKILLS 4 LIFE Total | | $810,247 | 1 | 0.3% | 66.3% |
| GRAHAM & GRAHAM TRK LLC | Competitive | $803,931 | 1 | | |
| GRAHAM & GRAHAM TRK LLC Total | | $803,931 | 1 | 0.3% | 66.6% |
| PACIFIC ALLIANCE TRANSPORT INC | Competitive | $792,947 | 2 | | |
| PACIFIC ALLIANCE TRANSPORT INC Total | | $792,947 | 2 | 0.3% | 66.9% |
| LUIS H SAMBUCETTI | Competitive | $785,430 | 1 | | |
| LUIS H SAMBUCETTI Total | | $785,430 | 1 | 0.3% | 67.3% |
| RESCIGNO LOGISTICS GROUP LLC | Competitive | $782,650 | 1 | | |
| RESCIGNO LOGISTICS GROUP LLC Total | | $782,650 | 1 | 0.3% | 67.6% |
| AIRLINKS LLC | Competitive | $760,713 | 1 | | |
| AIRLINKS LLC Total | | $760,713 | 1 | 0.3% | 67.9% |
| MARROQUIN EXPRESS INC | Competitive | $746,200 | 1 | | |
| MARROQUIN EXPRESS INC Total | | $746,200 | 1 | 0.3% | 68.2% |
| C JS TRANSPORTATION SERVICES IN | Competitive - Simplified Purchase | $725,618 | 2 | | |
| C JS TRANSPORTATION SERVICES IN Total | | $725,618 | 2 | 0.3% | 68.5% |
| MARK PRAUS | Competitive | $714,441 | 1 | | |
| MARK PRAUS Total | | $714,441 | 1 | 0.3% | 68.8% |
| LE-MAR HOLDINGS INC | Competitive | $712,825 | 3 | | |
| LE-MAR HOLDINGS INC Total | | $712,825 | 3 | 0.3% | 69.1% |
| BRIZUELA'S TRANSPORTATION INC | Competitive | $706,299 | 1 | | |