UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.: 3:14-cv-30004

| | |
|---|---|
| GEORGE FORDJOUR,<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>)<br>) |
| UNITED STATES POSTAL SERVICE<br>    Reach and Apply Defendant | )<br>)<br>) |

**PLAINTIFF'S MOTION TO REACH AND
APPLY AND FOR PRELIMINARY INJUNCTION**

    The plaintiff, George Fordjour (hereinafter "plaintiff") pursuant to Rule 65 of the Federal Rules of Civil Procedure and Massachusetts common law cause of action in equity to reach and apply, or, in the alternative, a reach and apply action pursuant to G.L. c. 214, § 6, moves for entry of an order in the form attached as Exhibit A to include the following: preliminary and permanent injunctive relief against reach and apply defendant reaching and applying any and all monies owing or paid to Ideas Express and/or Charles Asare-Bediako (hereinafter "debtor") to satisfy a judgment which plaintiff obtained against debtor in the Springfield District Court, docket No. 1223CV001813, preliminarily enjoining reach and apply defendant from making any such payments to debtor until full satisfaction of the judgment and ordering that reach and apply defendant make any such payments directly to plaintiff.

    In support of this motion, plaintiff submits his Memorandum of Law together with the Verified Reach and Apply Complaint.

    WHEREFORE, the plaintiff, George Fordjour, requests that this Court:

575306

1. grant its motion for preliminary injunction, to be made permanent as stated in the proposed order submitted herewith;

2. order that reach and apply defendant is to pay any and all monies currently owed or will be owed under its contract with debtor to plaintiff until such time as the money judgment entered against the defendant has been satisfied in full. The amount owed to the plaintiff totals: Fifty Thousand and Six Hundred and Six 37/100 Dollars ($50,606.37); and

3. grant such further relief as the Court deems just and proper.

                THE PLAINTIFF

By   /s/ Kevin Chrisanthopoulos, Esq.
Kevin Chrisanthopoulos, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115-5609
Phone (413) 732-2301 Fax (413) 452-0330
kchrisanthopoulos@robinsondonovan.com
BBO No.  643734

575306

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated below as non-registered participants on this 8th day of January, 2014.

And by certified, return receipt requested mail to the following:

Office of the Attorney General
Department of Justice
10th & Pennsylvania Ave., N.W.
Washington, D.C. 20530

U.S. Postmaster General
475 L'Enfant Plaza, S.W.
Washington, D.C. 20260-0010

United States Attorney
Civil Process Clerk
District of Massachusetts
John Joseph Moakley United States Federal Court House
1 Courthouse Way, Suite 9200
Boston, MA 02210

    /s/ Kevin Chrisanthopoulos, Esq.
    Kevin Chrisanthopoulos

575306