# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: _____

GEORGE FORDJOUR, )
    Plaintiff )
)
vs. )
)
)
)
UNITED STATES POSTAL SERVICE )
    Reach and Apply Defendant )
)

**PROPOSED ORDER ON PLAINTIFF'S MOTION TO REACH AND APPLY AND FOR PRELIMINARY INJUNCTION**

This action came before the Court upon the Motion of plaintiff, George Fordjour, seeking preliminary and permanent injunctive relief against the reach and apply defendant, the United States Postal Service, reaching and applying any and all monies owed from reach and apply defendant to debtor, Ideas Express Services and Charles Asare-Bediako.

Thereupon consideration thereof it is ORDERED AND ADJUDGED:

That the injunction is granted and the reach and apply defendant is to pay any and all monies currently owed or will be owed under its contract with debtor to plaintiff until such time as the money judgment entered against the defendant has been satisfied in full. The amount owed to the plaintiff totals: Fifty Thousand and Six Hundred and Six 37/100 Dollars ($50,606.37).

                                                                    Justice, Superior Court

575648