UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE FORDJOUR, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Docket No.:3:14-cv-30004-MAP |
| ) | |
| UNITED STATES POSTAL ) | |
| SERVICE, ) | |
| ) | |
| Reach and Apply ) | |
| Defendant ) | |

**MOTION FOR LEAVE TO FILE RESPONSE TO**
**MOTION FOR INJUNCTION BY APRIL 4, 2014**
**Assented to**

The United States Postal Service, the Reach and Apply Defendant in the above-captioned action, through its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, moves for leave to file its response to the plaintiff's motion for injunctive relief on or before April 4, 2014. As ground for this motion, the defendant states that the motion for injunctive relief was filed at the same time as the complaint. As a result, the defendant inadvertently overlooked the filing.

The undersigned certifies that she conferred with the plaintiff's counsel and he does not object to the late filing.

WHEREFORE, the defendant respectfully requests that it be granted leave to file its response on or before April 4, 2014.

```
                                UNITED STATES OF AMERICA
                                CARMEN M. ORTIZ
                                U.S. Attorney


                           By:  /s/Karen L. Goodwin
                                Karen L. Goodwin
                                Assistant U.S. Attorney
                                300 State Street
Dated:  March 25, 2014          Springfield, MA 01105
```

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants

```
                                /s/Karen L. Goodwin
                                _____
                                Karen L. Goodwin
                                Assistant United States Attorney
```

Date: March 25, 2014