UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO.:3:14-cv-30004

| | |
|---|---|
| GEORGE FORDJOUR, | ) |
|    Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| UNITED STATES POSTAL SERVICE | ) |
|    Reach and Apply Defendant | ) |
| | ) |

## STIPULATION OF THE PARTIES WITH REGARD TO PLAINTIFF'S MOTION TO REACH ANDAPPLY AND FOR PRELIMINARY INJUNCTION

1. The Parties, pursuant to Rule 65 of the Federal Rules of Civil Procedure and Massachusetts common law cause of action in equity to reach and apply, or, in the alternative, a reach and apply action pursuant to G.L. c. 214, § 6, stipulate to entry of an order in the form attached as Exhibit A;

2. Said Order shall include the following: preliminary and permanent injunctive relief against reach and apply defendant reaching and applying any and all monies owing or paid to Ideas Express and/or Charles Asare-Bediako (hereinafter "debtor") to satisfy a judgment which plaintiff obtained against debtor in the Springfield District Court, docket No. 1223CV001813, preliminarily enjoining reach and apply defendant from making any such payments to debtor until full satisfaction of the judgment and ordering that reach and apply defendant make any such payments directly to plaintiff.

580543

| | |
|---|---|
| THE PLAINTIFF | UNITED STATES OF AMERICA |
| GEORGE FORDJOUR | CARMEN M. ORTIZ |
| By /s/ Kevin Chrisanthopoulos, Esq. | By /s/ Karen L. Goodwin Esq. |
| Kevin Chrisanthopoulos, Esq. | Karen L. Goodwin |
| Robinson Donovan, P.C. | Assistant U.S. Attorney |
| 1500 Main Street, Suite 1600 | 300 State Street |
| Springfield, Massachusetts 01115-5609 | Springfield, MA 01105 |
| Phone (413) 732-2301 Fax (413) 452-0330 | Phone (413) 785-0269 |
| kchrisanthopoulos@robinsondonovan.com | Karen.goodwin@usdoj.gov |
| BBO No. 643734 | BBO No. 549398 |

580543